BRYAN D. SCHRODER
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: adam.alexander@usdoj.gov

CATHERINE ALDEN PELKER
Trial Attorney
Computer Crime & Intellectual Property Section
1301 New York Avenue, NW, Suite 600
Washington, DC 20005
Telephone: (202) 514-1026
Facsimile: (202) 514-6113
Email: Catherine.Pelker@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. <br> ) <br> ) **MOTION TO SEAL CASE** |
| Plaintiff, | ) <br> ) **FILED UNDER SEAL** |
| vs. | ) <br> ) |
| DAVID BUKOSKI, | ) <br> ) |
| D.B.A. "QUANTUM STRESSER", | ) <br> ) |
| Defendant. | ) |

COMES NOW United States of America, by and through undersigned counsel and hereby moves to seal the above title case for a period of 7 days following the filing of the documents in this matter.

This sealing order is requested by the government because BUKOSKI as well as uncharged co-conspirators are currently the subject of concurrent investigations in the District of Alaska, Eastern District of Pennsylvania, and has been charged by Ottawa Police Services in Canada with offenses committed in that jurisdiction as well. The Computer Crimes and Intellectual Property Section (CCIPS), the District of Alaska and the Anchorage Division of the Federal Bureau of Investigation are currently working with those jurisdictions and the Central District of California and Special Agents with FBI Cyber Initiative and Resource Fusion Unit (CIRFU) in Los Angeles, California to coordinate a combined takedown and domain seizure related to the Domain associated with this subject indictment in Alaska and others that is currently planned for Tuesday, December 18, 2018.

Based on the foregoing, the United States requests that the Court seal the Information in this case for a period not to exceed **7 days**, and find that the public's right of access to the existence of this Information is outweighed by the legitimate interests of law enforcement. If the need for secrecy as outlined above passes before the expiration of the 7 day period requested by the Government in this motion, the undersigned will file an appropriate motion to unseal.

Dated: December 12, 2018				Respectfully Submitted,

						BRYAN SCHRODER
						United States Attorney


					By:	*s/ Adam Alexander*
						ADAM ALEXANDER
						Assistant United States Attorney

						/s/ *Alden Pelker*
						C. ALDEN PELKER
						United States of America
						Trial Attorney