BRYAN SCHRODER
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov

CATHERINE ALDEN PELKER
Trial Attorney
Computer Crime & Intellectual Property Section
1301 New York Avenue, NW, Suite 600
Washington, DC 20005
Telephone: (202) 514-1026
Facsimile: (202) 514-6113
Email: Catherine.Pelker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cr-00154-TMB-DMS |
| | ) | |
| DAVID BUKOSKI | ) | |
| | ) | |
| D.B.A. "QUANTUM STRESSER", | ) | |
| | ) | |
| Defendant. | | |

**18 U.S.C.A. APP. 3 § 6(b) NOTICE**

Pursuant to the Classified Information Procedures Act ("CIPA"), the United States

hereby notices the defense that there are materials in the possession of the United States

that are potentially discoverable in this matter. The court has calendared a hearing on the

parties' joint motion to continue trial for February 4, 2019, at 2:00 at which point the

United States will update the court and defense as to the status of the materials in

question.

      RESPECTFULLY SUBMITTED February 1, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Adam Alexander
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America

s/ C. Alden Pelker
C. Alden Pelker
Trial Attorney
Computer Crime & Intellectual Property
Section
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, a
true and correct copy of the foregoing was
served electronically on the following:

David A. Nesbett

s/ Adam Alexander
Office of the U.S. Attorney